KATHERINE T. MAXWELL v. GEORGE L. MAXWELL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ESTHER HALPERN v. CITY BANK FARMERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

BERTRAM H. MOCK, as Executor, etc., of JAMES H. CAAN, Deceased, v. JOSEPH STEIR and PHILIP STEIR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANTHONY M. PALERMO v. MYER PRODUCTS, INC. ALFRED SCHNEIER COMPANY, INC., Impleaded, etc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of ODELL HOLMES v. GEORGE SCHAAB.— Motion for reargument denied. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ALBERT E. SCHWABACHER and Others v. EDWARD P. EHRICH, Individually and as Administrator, etc., of WILLIAM J. EHRICH, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 761.]

In the Matter of the Judicial Settlement of the Account of Proceedings of the CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., of HARRY L. HORTON, Deceased. EDWARD F. HUTTON, Appellant; EDWIN FITCH RAYNOR, Individually, and as Executor, etc., of GRACE HORTON RAYNOR, Deceased, Appellant; CITY BANK FARMERS TRUST COMPANY, as Trustee, etc.; HARRY L. HORTON, 2D.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.